**DISMISS and Opinion Filed December 9, 2024**



In The

**Court of Appeals**

**Fifth District of Texas at Dallas**

_____

## No. 05-24-00779-CV

_____

**BRYAN CONNALLY, Appellant**

**V.**

**EILEEN O'MARA AND JOHN KENNY, Appellees**

**On Appeal from the 439th Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 1-22-1361**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Pedersen, III
Opinion by Chief Justice Burns

Before the Court is appellant's November 26, 2024 unopposed motion to dismiss appeal. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Robert D. Burns, III//

ROBERT D. BURNS, III
CHIEF JUSTICE

240779f.p05



## Court of Appeals
## Fifth District of Texas at Dallas

### JUDGMENT

BRYAN CONNALLY, Appellant

No. 05-24-00779-CV    V.

EILEEN O'MARA AND JOHN
KENNY, Appellees

On Appeal from the 439th Judicial
District Court, Rockwall County,
Texas
Trial Court Cause No. 1-22-1361.
Opinion delivered by Chief Justice
Burns. Justices Molberg and
Pedersen, III participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

It is **ORDERED** that appellees Eileen O'Mara and John Kenny recover their
costs, if any, of this appeal from appellant Bryan Connally.

Judgment entered this 9th day of December, 2024.